FILED
SEP 17 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. CR 08 89-0 S |
| | ) | In violation of |
| v. | ) | 18 U.S.C. § 2113(a); |
| | ) | 18 U.S.C. § 2 and |
| RICHARD DUEST and | ) | 18 U.S.C. § 371 |
| EVAN AUBREY | ) | |

INDICTMENT

**COUNT I**

The Grand Jury Charges:

On or about July 25, 2008, in the District of Rhode Island, the Defendants RICHARD DUEST and EVAN AUBREY, by intimidation, did knowingly take from the person and presence of another money, namely approximately $2,307 (two thousand three hundred seven dollars), belonging to and in the care, custody, control, management, and possession of Sovereign Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. §2113(a); 18 U.S.C. § 2.

**COUNT II**

The Grand Jury Charges:

From a time unknown up to and including on or about July 25, 2008, in the District of Rhode Island and elsewhere, the Defendants, RICHARD DUEST and EVAN AUBREY, did combine, conspire, confederate, and agree to, by intimidation, knowingly take from the person and presence of another, money, belonging to and in the care, custody, control, management, and possession of Sovereign Bank, a bank whose deposits were then insured by the

Federal Deposit Insurance Corporation and did take actions to effect the object of the conspiracy in that RICHARD DUEST on July 25, 2008 did enter a Sovereign Bank in Woonsocket, Rhode Island, demand money from a bank teller on duty by means of an intimidating note and spoken words, receive bank monies from the teller in the amount of approximately $2307.00 and flee the bank with the money in a car driven by EVAN AUBREY in violation of 18 U.S.C. § 2113(a).

All in violation of 18 U.S.C. § 371.

A TRUE BILL,

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

DATE FILED: 9/17/08